```
Form 27 - GENERAL PURPOSE
            MAYERSON & ASSOCIATES
            ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
--------------------------------------------------
                                         Index No. 07 CV 7075
J.A.AND E.A. O/B/O M.A.          plaintiff/appellants
                                         Date Filed  .............
            - against -
                                         Office No.
EAST RAMAPO CENTRAL SCHOOL DISTRICT    defendant
                                         Court Date:   / /
--------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

STANLEY P.TOMASETTI       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
      That on the   24th   day of August, 2007      at  12:11 PM.,                    at
      BY MITCHELL J.SCHWARTZ,SUPT.OF SCHOOLS
      105 SOUTH MADISON AVE,SPRING VALLEY, NY 10977
I served a true copy of the
      SUMMONS AND COMPLAINT & JUDGES RULES

upon EAST RAMAPO CENTRAL SCHOOL DISTRICT
the DEFENDANT therein named,
by delivering to, and leaving personally with
      RONNA ZOBER, CLERK AUTHORIZED TO ACCEPT

a true copy of each thereof.

      Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
            SEX: FEMALE          COLOR: WHITE         HAIR: BROWN
            APP. AGE: 38         APP. HT: 5:7         APP. WT: 125

OTHER IDENTIFYING FEATURES: GLASSES


Sworn to before me this
24th   day of  August, 2007n



KENNETH WISSNER                        STANLEY P.TOMASETTI  1192468
Notary Public, State of New York       AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01WI4714130                     225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY           NEW YORK, NY, 10007
Commission Expires 03/30/2010          Reference No: 7MA760643
```