# CARL L. WANDERMAN
## ATTORNEY AT LAW

September 7, 2007

Hon. Charles L. Brieant
United States District Court
Southern District of New York
United State Courthouse
300 Quarropas Street
Room 218
White Plains, NY 10601

**MEMO ENDORSED**

RE:     **J.A. and E.A. O/B/O M.A.  v. EAST RAMAPO CSD**
        **07-cv-07075 CLB**

Dear Judge Brieant:

I write to request a ten-day adjournment from September 13, 2007 to September 24, 2007 (Monday) on the filing of the Answer in the above referenced matter. This is the first such request we are making, and it is on consent of Plaintiffs' counsel Gary Mayerson, Esq.    I make this request based on the fact that we are awaiting formal approval from the Board of Education of the appointment of Girvin & Ferlazzo, P.C. to represent Defendant in this matter.

I have prepared an Order at the bottom of this letter for your consideration and signature to grant the extension requested.   Thank you in advance for your consideration.

Very truly yours,

Carl L. Wanderman

CLW:is
cc:     Gary Mayerson, Esq.

*Application Granted*

**SO ORDERED:**

Charles Brieant
Hon. Charles L. Brieant   *USDT*
September 10, 2007

_____
Date