# CARL L. WANDERMAN
## ATTORNEY AT LAW

September 11, 2007

**BY FACSIMILE TO (914) 390-4085**

Ms. Alice Cama
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
Room 218
White Plains, NY 10601

*Memo Endorsed*
*Application Granted*
*& Ordered*
*Sept 11, 2007*
*Charles L. Brieant*
*USDJ*

Re:  J.A. and E.A. O/B/O/ M.A. v. EAST RAMAPO CSD
     07-cv-07075 CLB

Dear Ms. Cama:

This letter will confirm that in my telephone call to Chambers this morning the Defendants time to file its Answer was extended to September 24, 2007. This request was made with consent of Plaintiff's Counsel. I enclose a copy of my letter to the Court mailed on September 7, 2007 but apparently not yet received.

Very truly yours,

CARL L. WANDERMAN

CLW:is
Enclosure

c: Gary S. Mayerson, Esq.
   Karen Norlander, Esq.

7 ROCKLYN DRIVE
MONTEBELLO • NEW YORK 10901
TEL. 845/357-0238 • FAX 845/369-6706