UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.A. and E.A. O/B/O M.A.,

                    Plaintiffs,

- against -

EAST RAMAPO CENTRAL         Case No.: 07-cv-07075
SCHOOL DISTRICT,                          CLB

                    Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Defendant    East Ramapo Central School District

I certify that I am admitted to practice in this Court.

DATED:    September 21, 2007

                                      GIRVIN & FERLAZZO, P.C.

                                      By: _____
                                          Karen S. Norlander
                                          Bar Roll No.: KN1860
                                          Attorneys for Defendants
                                          Office and P.O. Address
                                          20 Corporate Woods Blvd.
                                          Albany, New York 12211
                                          Tel:    (518) 462-0300
                                          Fax:   (518) 462-5037
                                          Email: ksn@girvinlaw.com

TO:    Gary S. Mayerson, Esq.
        Bar Roll No.:
        Mayerson & Associates
        330 West 38th Street,
        Suite 600
        New York, NY 10580
        Tel:    (212) 265-7200
        Fax:   (212) 265-1735