UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.A. and E.A., on behalf of M.A.,

                      Plaintiffs,

- against -                      **ELECTRONICALLY FILED**

EAST RAMAPO CENTRAL            Case No.: **07-cv-07075**
SCHOOL DISTRICT,                          **CLB**

                      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing Certificate of Service on behalf of the Defendant with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.    Gary S. Mayerson, Attorney for Plaintiffs.

                                            *[signature]*
                                            Lisa A. Ovitt, Paralegal
                                            Girvin & Ferlazzo, P.C.
                                                Attorneys for Defendant
                                                20 Corporate Woods Blvd.
                                                Albany, NY 12211
                                                TEL: (518) 462-0300
                                                FAX: (518) 462-5037

Dated: September 25, 2007