# Mayerson & Associates
330 W. 38th Street, Suite 600
New York, New York 10018

**mayerslaw.com**

GARY S. MAYERSON *♦
CHRISTINA D. THIVIERGE *
RANDI M. ROTHBERG

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: GARY@MAYERSLAW.COM

* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN FLORIDA

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601
Fax: (914)390-4085

October 11, 2007

*[handwritten endorsement:]* MEMO ENDORSED
Adjourned to 11-16-07.
So Ordered
Oct. 24, 2007   Charles L. Brieant
                              USDJ

Re: J.A. and E.A. o/b/o M.A. v. East Ramapo Central School District
    07-cv-07075 (CLB)

Dear Judge Brieant:

This is an IDEIA appeal matter that is schedule for a November 9, 2007 conference, but where the only genuine issue is what briefing dates will be set for the modified *de novo* review.

Would it be possible to *eliminate* the in-person conference by counsel stipulating to a brief schedule?

In the alternative, my children are out of school the end of that week and I was planning on being in Vermont with my family. Accordingly, I would respectfully request an adjournment of the November 9, 2007 conference date in any event.

We contacted Ms. Norlander, counsel for the defendant, and she *consents* to our request.

Respectfully,

*Gary S. Mayerson*

Gary S. Mayerson

Cc: Karen S. Norlander, Esq.
    20 Corporate Woods Blvd.
    Albany, New York 12211

/MB