## Mayerson & Associates
330 W. 38r" Street, Suite 600
New York, New York 10018

**mayerslaw.com**

GARY S. MAYERSON \*●
CHRISTINA D. THIVIERGE \*
RANDI M. ROTHBERG

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: GARY@MAYERSLAW.COM

\* ALSO ADMITTED IN NEW JERSEY
● ALSO ADMITTED IN FLORIDA

October 23, 2007

**VIA FACSIMILE**

Karen S. Norlander, Esq.
Girvin & Ferlazzo, P.C.
20 Corporate Woods Blvd.
Albany, NY 12211-2350
Fax: (518)462-5037

Re: **J.A. and E.A. o/b/o M.A. v. East Ramapo Central School District**
    **07-cv-07075 (CLB)**

Dear Ms. Norlander:

We were informed today that our request for an adjournment in the Status Conference currently scheduled for November 9, 2007 for the above matter was granted. The conference was re-scheduled for November 16, at 9:00 a.m. before Judge Brieant.

Please do not hesitate to contact us if you have any questions

Sincerely,

Gary S. Mayerson

Cc:   Hon. Charles L. Brieant
      United States Courthouse
      300 Quarropas St., Room 275
      White Plains, NY 10601
      Fax: (914)390-4085