UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.A. and E.A. O/B/O M.A.,

                        Plaintiffs,

- against -

EAST RAMAPO CENTRAL         Case No.: 07-cv-07075
SCHOOL DISTRICT,                    CLB

                        Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Defendant    East Ramapo Central School District

    I certify that I am admitted to practice in this Court.

DATED:    November 7, 2007

                                                      By: _____
                                                      Carl L. Wanderman
                                                      Bar Roll No.: CW8818
                                                      Attorney for Defendant
                                                      Office and P.O. Address
                                                      7 Rocklyn Drive
                                                      Montebello, NY 10901

TO:    Gary S. Mayerson, Esq.
        Bar Roll No.:
        Mayerson & Associates
        330 West 38th Street,
        Suite 600
        New York, NY 10580
        Tel:    (212) 265-7200
        Fax:   (212) 265-1735