## Mayerson & Associates
330 W. 38t" Street, Suite 600
New York, New York 10018

**mayerslaw.com**

GARY S. MAYERSON "◆
CHRISTINA D. THIVIERGE "
RANDI M. ROTHBERG

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: GARY@MAYERSLAW.COM

" ALSO ADMITTED IN NEW JERSEY
◆ ALSO ADMITTED IN FLORIDA

October 31, 2007

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601
Fax: (914)390-4085

Re: **J.A. and E.A. o/b/o M.A. v. East Ramapo Central School District - (07-cv-07075)(CLB)**

Dear Judge Brieant:

The parties' counsel would like to stipulate to a briefing schedule on this IDEA *Modified De Novo Review* as follows:

(a) December 21, 2007 - date by which plaintiff to move for *De Novo Review*;

(b) January 14, 2008 – date for defendants to respond and cross-move;

(c) February 12, 2008 – last day for plaintiff to reply and/or respond to cross motion.

(d) March 14, 2008 return date of Motion for *De Novo Review*.

With this kind of schedule in place, we are asking Your Honor's permission to forego the November 16, 2007 conference as unneeded.

Thank you for your attention in this matter.

Respectfully,

*Gary S. Mayerson /M.*
Gary S. Mayerson

Cc: Karen S. Norlander, Esq.
Girvin & Ferlazzo, P.C.
20 Corporate Woods Blvd.
Albany, NY 12211-2350
Fax: (518)462-5037