# Mayerson & Associates
330 W. 38th Street, Suite 600
New York, New York 10018

mayerslaw.com

GARY S. MAYERSON ˙ •
CHRISTINA D. THIVIERGE ˙
RANDI M. ROTHBERG

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: GARY@MAYERSLAW.COM

˙ ALSO ADMITTED IN NEW JERSEY
• ALSO ADMITTED IN FLORIDA

November 28, 2007

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601
Fax: (914)390-4085

Re: **J.A. and E.A. o/b/o M.A. v. East Ramapo Central School District - (07-cv-07075)(CLB)**
    Revised

Dear Judge Brieant:

As an update to our October 31, 2007 letter, the parties' counsel would like to stipulate to a briefing schedule on this IDEA *Modified De Novo Review* as follows:

(a) December 21, 2007 - date by which plaintiff to move for *De Novo Review*;

(b) January 21, 2008 – date for defendants to respond and cross-move;

(c) February 18, 2008 – last day for plaintiff to reply and/or respond to cross motion.

(d) March 14, 2008 return date of Motion for *De Novo Review*.

Thank you for your attention in this matter.

Respectfully,

Gary S. Mayerson /mf

Gary S. Mayerson

Cc:   Karen S. Norlander, Esq.
      Girvin & Ferlazzo, P.C.
      20 Corporate Woods Blvd.
      Albany, NY 12211-2350
      Fax: (518)462-5037