UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.A. and E.A., on behalf of M.A.,

                        Plaintiffs,                              **ELECTRONICALLY FILED**

- against -

EAST RAMAPO CENTRAL                          Case No.: **07-cv-07075**
SCHOOL DISTRICT,                                              **CLB**

                        Defendant.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the attached Affidavits of Karen Norlander, Esq. and the exhibits attached thereto, Defendant's Memorandum of Law, Defendant's Statement of Material Facts Pursuant to Local Rule 7.1(a)(3), and upon all prior pleadings and proceedings heretofore filed herein, the undersigned, on behalf of the Defendants, shall move this court before Honorable Charles L. Brieant at 10:00 a.m. on February 15, 2008 or as soon thereafter as counsel may be heard, at the United States District Courthouse, Souther District of New York, 300 Quaroppas Street, White Plains, NY for an Order granting Summary Judgment in favor of Defendants pursuant to Federal Rule of Civil Procedure 56; *and* (b) for such other and further relief in favor of Defendants as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 56.1, Plaintiff's opposition papers, if any, must be served upon the undersigned within seventeen (17) days of the return date of this motion.

DATED:     December 21, 2007

                                                 GIRVIN & FERLAZZO, P.C.

                                        By: _____
                                              KAREN S. NORLANDER
                                              Bar Roll No.: KN1860
                                              Attorneys for Defendants
                                      20 Corporate Woods Blvd.
                                      Albany, New York 12211
                                      Tel:   518-462-0300
                                      Fax:  518-462-5037
                                      Email: ksn@girvinlaw.com

TO:  Gary S. Mayerson
      Bar Roll No.:
      Attorneys for Plaintiffs
      Mayerson & Associates
      330 West 38th Street, Suite 600
      New York, NY 10580
      Tel.: (212) 265-7200
      Fax: (212) 265-1735