UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.A. and E.A., on behalf of M.A.,

                    Plaintiffs,

- against -

EAST RAMAPO CENTRAL
SCHOOL DISTRICT,

                    Defendant.

**ELECTRONICALLY FILED**

Case No.: **07-cv-07075**
**CLB**

**ATTORNEY AFFIDAVIT**

STATE OF NEW YORK   :
                              :  ss:
COUNTY OF ALBANY    :

Karen S. Norlander, being duly sworn, deposes and says that:

1.     I am counsel to the law firm of Girvin & Ferlazzo, P.C., attorneys for Defendant, the East Ramapo Central School District ("District"), in the above-referenced action and am familiar with the facts and procedural history of this action.

2.     I offer this Affidavit in support of the Defendant's Motion for Summary Judgement.

3.     Attached hereto as **Exhibit "A"** is a true and accurate copy of the State Review Officer's Decision dated April 9, 2007, which is the subject of this action.

4.     Attached hereto as **Exhibit "B"** is a true and accurate copy of the Impartial Hearing Officer's decision dated December 30, 2006, which the State Review Officer annulled.

5.     I have conferred with Cart Wanderman, Counsel for the District who represented Defendant in the underlying case, and he advises that the Plaintiffs have not requested a hearing to challenge any IEPs offered beyond those offered here.

6.  Since I became Counsel of record, I have made repeated requests to opposing counsel and his office to obtain proof of payment for any services for which Plaintiffs are seeking reimbursement. To date, I have not received the information requested.

WHEREFORE, I respectfully request the Defendant's Motion for Summary Judgement in the above-captioned action be granted in all respects, that in the event Defendant's prevail that Defendant's invite Defendant's to file a motion for attorneys' fees pursuant to the Individuals with Disabilities Education Improvement Act and for such other and further relief in Defendant's favor as the Court deems appropriate.

DATED: December 21, 2007

GIRVIN & FERLAZZO, P.C.

By: _____
KAREN S. NORLANDER
Bar Roll No. KN1860
Attorneys for Defendants
20 Corporate Woods Blvd.
Albany, New York 12211
Tel: (518) 462-0300
Fax: (518) 462-5037

TO: Gary S. Mayerson
Bar Roll No.:
Attorneys for Plaintiffs
Mayerson & Associates
330 West 38th Street, Suite 600
New York, NY 10580
Tel.: (212) 265-7200
Fax: (212) 265-1735

Sworn to before me this 21st day of December, 2007

_____
Notary Public - State of New York

LISA A. OVITT
Notary Public, State of New York
No. 01OV6045253
Qualified in Dutchess County
Commission Expires July 24, 2010