UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.A. and E.A., on behalf of M.A.,

                        Plaintiffs,

    - against -                  **ELECTRONICALLY FILED**

EAST RAMAPO CENTRAL SCHOOL DISTRICT,

                                              Case No.:
                                              **07-cv-07075 CLB**

                        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing Certificate of Service on behalf of the Defendant with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    1.    Gary S. Mayerson, Attorney for Plaintiffs.

                                                _____
                                                Lisa A. Ovitt, Paralegal
                                                Girvin & Ferlazzo, P.C.
                                                      Attorneys for Defendant
                                                      20 Corporate Woods Blvd.
                                                      Albany, NY 12211
                                                      TEL: (518) 462-0300
                                                      FAX: (518) 462-5037

Dated: December 21, 2007