# GIRVIN & FERLAZZO, PC
### ATTORNEYS AT LAW

20 Corporate Woods Blvd.  
Albany, New York 12211  
tel: 518 462 0300  
fax: 518 462 5037  
www.girvinlaw.com

December 21, 2007

*Via Electronic Filing*

Hon. Charles L. Brieant  
United States District Court  
Southern District of New York  
300 Quaroppas Street – room 218  
White Plains, NY 10601

    RE:    *J.A. and E.A. O/B/O M.A. v. EAST RAMAPO CSD*  
            *07-cv-07075 CLB*

Dear Judge Brieant:

    I am the attorney of record in the above-captioned matter. I enclose the following documents in behalf of Defendants: Notice of Motion; Statement of Material Facts Pursuant To Local Rule 56.1; Memorandum of Law In Support of Defendants' Motion For Summary Judgment Pursuant to F.R.C.P. 56; and Attorney's Affidavit with three exhibits.

    We thank the Court for its courtesies.

                                                              Very truly yours,

                                                              GIRVIN & FERLAZZO, P.C.

                                               By: _____

                                               KAREN S. NORLANDER  
                                               Bar Roll No.: KN1860  
Attorneys for Defendants

TO:    Gary S. Mayerson                  Office and P.O. Address  
        Bar Roll No.:                          20 Corporate Woods Blvd.  
        Attorneys for Plaintiffs             Albany, New York 12211  
        Mayerson & Associates             Tel:  (518) 462-0300  
        330 West 38th Street, Suite 600   Fax:  (518) 462-5037  
        New York, NY 10580                Email: ksn@girvinlaw.com  
        Tel.: (212) 265-7200  
        Fax: (212) 265-1735