# GIRVIN & FERLAZZO, PC
ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

December 27, 2007

*Via Electronic Filing*

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quaroppas Street – room 218
White Plains, NY 10601

    RE:    *J.A. and E.A. O/B/O M.A.  v. EAST RAMAPO CSD*
             *07-cv-07075 CLB*

Dear Judge Brieant:

    As the Attorney of Record, I, Karen Norlander, certify that there are no substantive changes in the corrected Memorandum of Law filed herein. The corrections address errors that are typographical and grammatical in nature. Kindly replace the original Memorandum of Law filed on December 21, 20007 with the corrected copy.

    Thank you for your consideration.

                          Very truly yours,

                          GIRVIN & FERLAZZO, P.C.

                By: _____

                          KAREN S. NORLANDER
                          Bar Roll No.: KN1860
                          Attorneys for Defendants

TO:    Gary S. Mayerson            Office and P.O. Address
        Bar Roll No.:                 20 Corporate Woods Blvd.
        Attorneys for Plaintiffs      Albany, New York 12211
        Mayerson & Associates     Tel:   (518) 462-0300
        330 West 38th Street, Suite 600   Fax:  (518) 462-5037
        New York, NY 10580       Email: ksn@girvinlaw.com
        Tel.: (212) 265-7200
        Fax:  (212) 265-1735