

# GIRVIN
# & FERLAZZO, PC
ATTORNEYS AT LAW

20 Corporate Woods Blvd.  
Albany, New York 12211  
tel: 518 462 0300  
fax: 518 462 5037  
www.girvinlaw.com

January 7, 2008

*Via Electronic Filing*

Hon. Charles L. Brieant  
United States District Court  
Southern District of New York  
300 Quaroppas Street – Room 218  
White Plains, NY 10601

        RE:   *J.A. and E.A. O/B/O M.A.  v. EAST RAMAPO CSD*  
              *07-cv-07075 CLB*

Dear Judge Brieant:

    As the Attorney of Record, I, Karen Norlander, certify that there are no substantive changes in the corrected Memorandum of Law filed herein.  The correction addresses an error on page 15 where we inadvertently omitted the end of a sentence at the bottom of the page regarding statutory language.  Kindly replace the original Memorandum of Law filed on December 27, 20007 with the corrected copy.

    Thank you for your consideration.

                                            Very truly yours,

                                            GIRVIN & FERLAZZO, P.C.

                             By:  *[signature]*

                                            KAREN S. NORLANDER  
                                            Bar Roll No.: KN1860  
                                            Attorneys for Defendants

TO:    Gary S. Mayerson                  Office and P.O. Address  
          Bar Roll No.:                   20 Corporate Woods Blvd.  
          Attorneys for Plaintiffs        Albany, New York 12211  
          Mayerson & Associates        Tel:   (518) 462-0300  
          330 West 38th Street, Suite 600  Fax:  (518) 462-5037  
          New York, NY 10580           Email: ksn@girvinlaw.com  
          Tel.: (212) 265-7200  
          Fax: (212) 265-1735