UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

J.A. and E.A., on behalf of M.A.,

                        Plaintiffs,

            - against -

East Ramapo Central School District,

                        Defendants.

**Case No.: 07 CV 07075 (CJB)**

-------------------------------------------------------

**CERTIFICATE OF SERVICE**

      I, Mauricio Bertone, hereby certify that I am over 18 years of age and not a party to this action. I am a Paralegal in the office of Mayerson & Associates, attorneys for the plaintiffs herein. On Friday, January 18, 2008, I caused a true and correct copy of the Affidavit of Gary S. Mayerson, Plaintiff's Memorandum of Law on Modified *De Novo* Review, and Exhibits to be served upon defendant's counsel, via Electronic Mail, Electronic Filing, and Federal Express to Karen Norlander, Esq. of Girvin and Ferlazzo, P.C., e-mail: ksn@girvinlaw.com.

                                                 _____
                                                 Mauricio Bertone

Sworn to before me this
18th day of January, 2008

_____
Notary Public

CHRISTINA D. THIVIERGE
Notary Public, State of New York
No. 02TH6061670
Qualified in Queens County
Commission Expires July 16, 2011