# GIRVIN
# FERLAZZO, PC
ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

February 20, 2008

*Via Electronic Filing*

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quaroppas Street -- Rom 218
White Plains, NY 10601

      ***RE:   J.A. and E.A. O/B/O M.A.  v. EAST RAMAPO CSD***
             ***07-cv-07075 CLB***

Dear Judge Brieant:

    I am the attorney of record for the East Ramapo Central School District in the above-captioned matter. I enclose the District's Reply Memorandum of Law in response to Plaintiffs' Memorandum of Law In Opposition to Defendant's Motion.

    We thank the Court for its courtesies extended yesterday regarding our request for a one-day extension due to a local power failure in our offices.

                                            Very truly yours,

                                           GIRVIN & FERLAZZO, P.C.

                          By: _____

| TO: | Gary S. Mayerson | KAREN S. NORLANDER |
|---|---|---|
| | Attorneys for Plaintiffs | Bar Roll No.: KN1860 |
| | Mayerson & Associates | Attorneys for Defendants |
| | 330 West 38th Street, Suite 600 | Office and P.O. Address |
| | New York, NY 10580 | 20 Corporate Woods Blvd. |
| | Tel.: (212) 265-7200 | Albany, New York 12211 |
| | Fax: (212) 265-1735 | Tel:   (518) 462-0300 |
| | | Fax:  (518) 462-5037 |
| | | Email: ksn@girvinlaw.com |