UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.A. and E.A., on behalf of M.A.,

        Plaintiffs,

 - against -      **ELECTRONICALLY FILED**

EAST RAMAPO CENTRAL SCHOOL DISTRICT,

            Case No.:
            **07-cv-07075**
            **CLB**

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed the foregoing Reply Memorandum of Law on behalf of the Defendant with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Gary S. Mayerson, Attorney for Plaintiffs.

           */s/ Lisa A. Ovitt*
           Lisa A. Ovitt, Paralegal
           Girvin & Ferlazzo, P.C.
            Attorneys for Defendant
            20 Corporate Woods Blvd.
            Albany, NY 12211
            TEL: (518) 462-0300
            FAX: (518) 462-5037

Dated: February 21, 2008